UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA MCFADDEN,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY BROKERAGE SVS.,<br>CHARLES SCHWAB & CO.,<br><br>Defendants. | No. 2:18-cv-2193 MCE DB PS<br><br><br>ORDER |

Plaintiff, Julianna McFadden, is proceeding pro se in this action. Therefore, the matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On November 27, 2018, defendant Charles Schwab & Co., Inc., filed the declaration of Garrett R. Wynne in support of a petition to compel arbitration. (ECF No. 6-2.) The declaration reveals plaintiff's date of birth. (Id. at 7, 18.) On December 3, 2018, defendant filed a request to seal the document. (ECF No. 14.)

All documents filed with the court are presumptively public. See San Jose Mercury News, Inc. v. U.S. Dist. Court, 187 F.3d 1096, 1103 (9th Cir. 1999) ("It is well-established that the fruits of pretrial discovery are, in the absence of a court order to the contrary, presumptively public."). However, pursuant to the Local Rules, when filing documents, counsel shall omit or,

////

where reference is necessary, partially redact certain personal data identifiers.  Local Rule 140(a).  Dates of birth are one such personal identifier.  Local Rule 140(a)(iv).

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's December 3, 2018 request to seal (ECF No. 14) is granted;

2. The Clerk of the Court is directed to seal the Wynne declaration (ECF No. 6-2); and

3. Within 14 days of the date of this order defendant shall re-file the Wynne declaration with all personal data identifiers redacted.

Dated:  December 13, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/mcfadden2193.red.ord

2