UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA MCFADDEN, | No. 2:18-cv-2193 MCE DB PS |
| Plaintiff, | |
| v. | ORDER |
| FIDELITY BROKERAGE SVS., CHARLES SCHWAB & CO., | |
| Defendants. | |

Plaintiff, Julianna McFadden, is proceeding pro se in this action. Therefore, the matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Noticed for hearing before the undersigned on February 22, 2019, is defendant Fidelity Brokerage Services' motion to compel arbitration and stay these proceedings. (ECF No. 18.) However, on February 8, 2019, plaintiff filed a statement of non-opposition to defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 22, 2019 hearing of defendant's motion is vacated;

2. Defendant's unopposed November 28, 2018 motion to compel arbitration and stay these proceedings (ECF No. 9) is granted;

////

1

3. This action is stayed pending arbitration before the Financial Industry Regulatory Authority;

4. Within thirty days of the completion of arbitration proceedings, the parties shall file status reports advising the court as to the outcome of the arbitration and whether this action should continue; and

5. The Clerk of the Court shall administratively close this case.

Dated: February 13, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/mcfadden2193.stay.ord

2