GORDON C. YOUNG (SBN 158100)
Gordon@BarrYoungLaw.com
DAVID MONSOUR (SBN 301448)
David@BarrYoungLaw.com
BARR & YOUNG Attorneys
318-C Diablo Road
Danville, California 94526
Telephone: (925) 314-9999
Facsimile: (925) 314-9960

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA MCFADDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES SCHWAB & CO., INC. and FIDELITY BROKERAGE SVS.,<br><br>    Defendants. | Case No. 2:18-CV-02193-MCE-DB<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CHARLES SCHWAB & CO., INC. WITH PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED, by and between Plaintiff JULIANNA MCFADDEN ("Plaintiff"), in Pro Se, and Defendant CHARLES SCHWAB & CO., INC. ("Schwab"), by and through its counsel of record, that Schwab be dismissed from this action with prejudice. *See* Fed. R. Civ. Pro. 41(a)(1)(A)(ii). Plaintiff does not wish to dismiss Defendant FIDELITY BROKERAGE SVS. at this time.

IT IS HEREBY SO AGREED.

Dated: January 15, 2019

                                              By: /s/ Julianna McFadden_____
                                                  Julianna McFadden, in Pro Se

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CHARLES SCHWAB & CO., INC. WITH PREJUDICE AND ORDER THEREON

Dated: January 15, 2019                BARR & YOUNG ATTORNEYS

By: /s/ Gordon C. Young
    Gordon C. Young, Esq.
    Attorneys for Defendant
    Charles Schwab & Co., Inc.

## ORDER

It is hereby ordered that any and all claims against Defendant CHARLES SCHWAB & CO., INC. in the above-referenced matter, United States District Court for the Eastern District of California, Case No. 2:18-CV-02193-MCE-DB, are DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CHARLES SCHWAB & CO., INC. WITH PREJUDICE AND ORDER THEREON